THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA M. MAUK, DEBORAH E. BRECHLER,<br><br>Defendant. | CASE NO. CR15-0119-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 18) and the speedy trial waivers of both Defendants (Dkt. Nos. 19 & 20). The Court finds that the interests of justice will be served by this continuance, that the continuance is necessary to insure adequate time for defense investigation and effective trial preparation, and that these factors outweigh the public interest in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial in this matter is hereby continued to **November 16, 2015** at 9:30 a.m. Pretrial motions are due October 5, 2015.

It is furthered ORDERED that this period of delay from the date of his order through the new trial date will be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

//

1    DATED this 10th day of June 2015.

                                                        William M. McCool
                                                        Clerk of Court

                                                        s/Tasha MacAdam
                                                        Deputy Clerk