THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>      v.<br><br>JOSHUA M. MAUK and DEBORAH E. BRECHLER,<br><br>              Defendants. | CASE NO. CR15-0119-JCC<br><br>ORDER ON MOTIONS FOR TERMINATION OF SUPERVISED RELEASE |

       This matter comes before the Court on Defendants Joshua M. Mauk and Deborah E. Brechler's motions for early termination of supervised release (Dkt. Nos. 63, 64). The district court may terminate a term of supervised release at any time after one year of supervised release if the court is satisfied that such action is warranted by the defendant's conduct and the interest of justice. 18 U.S.C. § 3583(e)(1). Both the Government and Probation oppose Mr. Mauk's motion. (Dkt. Nos. 65, 66.) Ms. Brechler's motion is unopposed.

       Defendants began their three-year terms of supervision in January 2016. (Dkt. Nos. 61, 62.) They both assert that since then, they have been in full compliance with all conditions imposed by the Court. (Dkt. No. 63 at 1; Dkt. No. 64 at 1.) Additionally, they both have received job promotions, are very involved in their church, and have "grown as individuals." (Dkt. No. 63 at 2–3.)

ORDER ON MOTIONS FOR TERMINATION OF
SUPERVISED RELEASE
PAGE - 1

1  Probation objects to Mr. Mauk's motion, arguing that terminating his supervised release
2  before 18 months have passed contradicts its national policy on supervised release clients with
3  prior convictions for violent offenses. (Dkt. No. 66 at 2.) However, Probation has also conceded
4  that Mr. Mauk is unlikely to reoffend. (*Id.*) Despite his previous convictions, the Court
5  recognizes that Mr. Mauk has taken significant steps towards his rehabilitation and commends
6  his progress. His stable living conditions, full employment, and involvement with his church
7  represent positive connections to the community, which will discourage reoffending. (*See* Dkt.
8  No. 64 at 1.) Accordingly, the Court GRANTS Mr. Mauk's motion (Dkt. No. 64). Mr. Mauk's
9  terms of supervision are TERMINATED.

10  Neither Probation nor the government oppose Ms. Brechler's motion. The lack of
11  opposition is deemed to be an admission that the motion has merit. *See* W.D. Wash. Local
12  Criminal Rule 12(b)(4). Therefore, based on Ms. Brechler's full compliance with all of the
13  conditions imposed by the Court and her personal growth, the Court GRANTS Ms. Brechler's
14  motion (Dkt. No. 63). Ms. Brechler's terms of supervision are TERMINATED.

15  The Court DIRECTS the Clerk to send copies of this Order to all counsel of record and to
16  the U.S. Probation Office.

17  DATED this 2nd day of March 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE